**FORM 1. VOLUNTARY PETITION**

| United States Bankruptcy Court<br>Northern District of Illinois, Western Division | VOLUNTARY PETITION |
|---|---|
| NAME OF DEBTOR (if individual, enter Last, First, Middle)<br>Bonnet, William J. | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(include married, maiden, and trade names)<br>William J. Bonnet | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(include married, maiden, and trade names) |
| SOC. SEC./TAX I.D. NO. (if more than one, state all)<br>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 | SOC. SEC./TAX I.D. NO. (if more than one, state all) |
| STREET ADDRESS OF DEBTOR (No./Street/City/State/Zip Code)<br>2745 N. Sunnyside Road<br>Kent, IL 61044 | STREET ADDRESS OF JOINT DEBTOR (No./Street/City/State/Zip Code) |
| County of Residence or Principal Place of Business<br>Stephenson County | County or Residence or Principal Place of Business: |
| MAILING ADDRESS OF DEBTOR (if different from street address)<br>Same as above | MAILING ADDRESS OF JOINT DEBTOR (if different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(if different from address listed above) | |

**INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)**

VENUE (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately Preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.

| TYPE OF DEBTOR (Check all boxes that apply)<br>■ Individual        ☐ Railroad<br>☐ Joint (Husband/Wife)  ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other _____ | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check One)<br>☐ Chapter 7    ■ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12   ☐ Sec. 304-Case Ancillary to Foreign Processing |
| NATURE OF DEBT (Check one box)<br>■ Non-Business/Consumer  ☐ Business<br>CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | FILING FEE (Check One)<br>■ Filing fee attached<br>☐ Filing fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>(Rule 1006(b). See Official Form No. 3. |

| STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. §604)<br>(Estimates only)(Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.<br>ESTIMATED NUMBER OF CREDITORS<br>☐ 1-15  ■ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over<br>ESTIMATED ASSETS<br>☐ $0 to $50,000  ☐ $50,0001-$1000,000  ☐ $100,0001-$500,000  ☐ $500,001-$1 Million  ■ $1,000,001-$10 Million<br>☐ $10,000,001-$50 Million  ☐ $50,000,001-$100 Million  ☐ Over $100 Million<br>ESTIMATED DEBTS<br>☐ $0 TO $50,000  ☐ $50,001-$100,000  ☐ $100,001-$500,000  ☐ $500,001-$1 Million  ■ $1,000,001-$10 Million<br>☐ $10,000,001-$50 Million  ☐ $50,000,001-$100 Million  ☐ Over $100 Million | |

| VOLUNTARY PETITION | Name Of Debtors: Dennis P. Bonnet & Joyce A. Bonnet |
| --- | --- |
| (This page must be completed and filed in every case) | Case No. 04- |

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed: U.S. Bankruptcy Court For the Northern District of Illinois | Case Number | Date Filed |
| --- | --- | --- |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet)

| Name of Debtor: William J. Bonnet | Case Number | Date Filed |
| --- | --- | --- |
| Relationship | District | Judge |

### SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this Petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ William J. Bonnet
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date: 2-10-04

**Signature of Attorney**

X /s/ Theodore Liebovich
Signature of Attorney of Debtor(s)

Printed Name of Attorney for Debtor(s)

Theodore Liebovich
415 S. Mulford Road #204
Rockford, IL 61108
815/226-8912

2-10-04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

Date _____

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and That I have provided the debtor with a copy of this document.

Not Applicable
Printed Name of Bankruptcy Petition Preparer

Not Applicable
Social Security Number

_____
Address                                    Telephone No.

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X Not Applicable
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 U.S.C. §110; 18 U.S.C. § 156

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts. I the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _____ Date: _____
Signature of Attorney for Debtor(s)

## WILLIAM J. BONNET

Thomasson Electric, Inc.
P.O. Box 97
Lena, IL 61048
        Also
Attorney Stephen D. Schmelze
208 W. Stephenson St.
Freeport, IL 61032

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI  53715

Heartland Financial & Leasing L.L.C.
2316 Mineral Point Avenue
P.O. Box 1951
Janesville, WI 53547-1951

Dennis and Joyce Bonnet
2745 N. Sunnyside Road
Kent, IL 61044

1st Farm Credit Services
705 E. South Street, P.O. Box 719
Freeport, IL 61032-0719

Excel Diary Systems, Inc.
c/o Attorney Nicole M. Bauer
10 N. Galena Avenue
P.O. Box 839
Freeport, IL 61032

Agribank FCB
2950 N. Main Street
Suite 2
Princeton, IL 61356
        Also
c/o Attorney James L. Wright
Militello, Zanck & Coen, P.C.
40 Brink Street
Crystal Lake, IL 60014

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: <u>William J. Bonnet</u>                Case No. _____
              Debtor
                                                Chapter _____11_____

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fe. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of Creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| *NONE* | | | | |

Date: _____        Debtor_____

Form B4   Page: 1