UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| WILLIAM J. BONNET, | ) | Case No. 04 B 70746 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

# FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES
## OF THEODORE LIEBOVICH, ATTORNEY FOR THE DEBTOR-IN-POSSESSION

THEODORE LIEBOVICH ("Applicant"), attorney for the Debtor-in-Possession, WILLIAM J. BONNET ("Debtor"), submits his final application for fees and expenses pursuant to Section 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

There have been no prior applications and nothing has been paid for professional compensation. The period of this request is the first six weeks from February 18, 2004, through March 30, 2004.

### NARRATIVE DESCRIPTION OF SERVICES

This case was filed on February 17, 2004. Applicant consulted with Debtor on an emergency basis, due to one of his two largest secured creditors having given notice of intent to call their loan due.

Debtor and Applicant determined that Debtor's assets when combined with the assets in the companion case of Dennis and Joyce Bonnet exceeded his liabilities, and although he was short of cash due to a stray current problem, Debtor's operations would provide enough income to support the business and to pay his creditors over time, based on the limited information available. The Applicant's services were primarily directed toward reorganization

1

of the debts related to Dennis Bonnet's dairy farm and to reinstate milk production and refinance the operating and long term debt.

The Debtor and Applicant determined that a Chapter 11 was the most effective way to obtain the necessary time to restart milk production improve cash flow, refinance, and take charge of paying his creditors over time.

Debtor and Applicant met and assembled, with as much information as the Debtor could gather for their petition and documentation.

Applicant went over with Debtor his duties as Debtor-in-Possession. It was explained that he had to act as fiduciary for the creditors, to think in terms of actions that would protect the creditors and improve the likelihood of paying the creditors in full. It was also explained to the Debtor that he had to report all income and all expenses to the United States Trustee and to continue his businesses in the ordinary course; He had to follow specific rules to use cash collateral for any action outside the ordinary course of business or to incur secured debt.

Initially, Applicant concentrated on gathering information for the Schedules and Statement of Affairs and on helping the Debtor to fill out Trustee reports. Applicant communicated with creditors including Farm Credit and worked with the Debtor's financial planner. Applicant roughed out and discussed with the Debtor the general outlines of possible plans. The petitioner prepared the Debtor for and attended the §341 Meeting of Creditors. Petition and hearing on issue of joint administration with the Dennis Bonnet bankruptcy was completed. None of the time or fees were duplicated with the Dennis Bonnet Bankruptcy.

### PAYMENTS, RETAINER, FEES, AND EXPENSES

Before this case was filed, Applicant held a retainer fee of $5,000.00 to be applied against fees to be earned in this case at the rate of $225.00/hour and against an Eight Hundred Thirty-Nine and no/100ths ($839.00) Dollar filing fee. Applicant has received no post

2

petition payments. The filing fee was paid to the Bankruptcy Clerk and the Five Thousand and no/100ths ($5,000.00) Dollar pre-petition retainer has been held in your Applicant's attorney trust account pending application for approval of fees and allowance of expenses by the Court.

WHEREFORE, the Applicant, THEODORE LIEBOVICH, prays:

A) That he be awarded Two Thousand Seven Hundred Twenty-Two and 50/100ths ($2,722.50) Dollars for services rendered from February 18, 2004, through March 30, 2004 and an $839.00 filing fee.

B) That he be authorized to use the Five Thousand and no/100ths ($5,000.00) Dollars held in his attorney trust account, for application toward the balance on the amount which the Court may grant in this order;

C) That your Petitioner be authorized and ordered to pay any remaining balance in his Trust Account to the Debtor.

D) That the Court grant him such other and further relief as may be just or appropriate.

Dated: November 18, 2004

Respectfully submitted,

_____
THEODORE LIEBOVICH
Attorney for Debtors-in-Possession

Prepared By:
Theodore Liebovich
LIEBOVICH & WEBER, P.C.
415 South Mulford Rd.
P.O. Box 6066
Rockford, IL 61125-1066
(815) 226-8912

3

WILLIAM J. BONNET
BANKRUPTCY SCHEDULE OF
TIME & CHARGE FOR ATTORNEY'S FEES
02-12-04 TO 06-09-04

| Date | Description | Time |
|---|---|---|
| 02-12-04 | Office conference with William Bonnet to discuss Chapter 11 bankruptcy filing | .8 |
| 02-13-04 | Preparation of petition pages for Chapter 11 filing; preparation of matrix and application to be retained and supporting attorney's affidavit; preparation of list of 20 largest unsecured creditors; review secured loan documents of Farm Credit | .2 / .8 / .1 / .3 |
| 02-18-04 | Preparation of statement of social security number and letter to the Bankruptcy Clerk | .1 / .1 |
| 02-20-04 | Review U.S. Trustee operating instruction package; preparation of letter to client | .3 / .3 |
| 02-23-04 | Preparation of transmittal letter to the Bankruptcy Clerk with statement of social security numbers; telephone conference with Attorney Frank Cook on status of bankruptcy proceedings as it relates to litigation; telephone conference with Trustee Tom Walz regarding timing of schedules and objections to petition to be retained, etc.; preparation of letter to Attorney Cook with copies of bankruptcy petitions and info on reorganization | .2 / .2 / .2 / .3 |
| 02-25-04 | Appearance in Bankruptcy Court on motion to be retained as counsel | 1.0 |
| 03-02-04 | Preparation of Chapter 11 Schedules and Statement of Financial Affairs | 1.5 |
| 03-03-04 | Preparation of motion to consolidate case with Dennis; preparation of proposed order thereon; preparation of notice of filing, proof of service, and motion to extend time for filing schedules and statement of affairs; preparation of proposed order for extension of time; preparation of proof of service, notice of filing, and notice of hearing | .1 / .1 / .1 / .2 / .2 / .3 |
| 03-08-04 | Office conference to review and sign schedules | .5 |
| 03-09-04 | Telephone conference with Tom Walz regarding motions set for March 24th | .2 |
| 03-16-04 | Preparation of letter to the U.S. Trustee regarding missing schedule to petition and consolidation of cases; preparation of itemized narrative on Schedule B-20 | .2 / .3 |
| 03-24-04 | Review in preparation for motions to extend time to file schedules and to be retained; appearance in court on motions to be retained, extend time to file schedules, & for joint administration | .2 / 1.0 |
| 03-30-04 | Telephone conference with Tom Nimmo regarding effect on cattle leases | .1 |

SUBTOTAL 9.9

WILLIAM J. BONNET
BANKRUPTCY SCHEDULE OF
TIME & CHARGE FOR ATTORNEY'S FEES
02-12-04 TO 06-09-04
PAGE 2

| Date | Description | Time |
|---|---|---|
| | | BBF - 9.9 |
| 04-07-04 | Telephone conference with client regarding alternative to refiling under a partnership petition to provide Farm Credit with replacement collateral | .3 |
| 04-09-04 | Attendance at Section 341 Meeting | 1.0 |
| 04-21-04 | Preparation of amended Schedule B to include shares of stock in Bonnet Dairy Farms; preparation of letter to the Trustee; assemble documents at Trustee's request; preparation of of letter to William Bonnet with additional copy of operating instructions receipt with directions | .2 .2 .1 .2 |
| 06-09-04 | Telephone conference with Bill Bonnet regarding status of case, new counsel, and partnership filing | .2 |

====
9.9 + 2.2

**TOTAL     12.1**
**12.1 x $225.00/hour = $2,722.50**