UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>WILLIAM J. BONNET,<br>                          Debtor. | CHAPTER 11 BANKRUPTCY<br><br>CASE NO. 04-70746<br><br>Hon. Manuel Barbosa |

## AMENDED NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 115, Federal Building, 211 South Court Street, Rockford, Illinois, on the **10th day of December, 2007 at 1:00 p.m.** or as soon thereafter as said cause may be heard, before His Honor, Judge Manuel Barbosa, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters: **MOTION FOR ENTRY OF FINAL DECREE *NUNC PRO TUNC*, a copy of which was previously served upon you.**

At which time and place you may appear, if you so desire.

Dated: October 31, 2007

                                      WILLIAM J. BONNET, DEBTOR
                                      BY: SCHIRGER, MONTELEONE & HAMPILOS, P.C.

                                      By:   */s/ George P. Hampilos*

George P. Hampilos – 6210622
SCHIRGER, MONTELEONE & HAMPILOS, P.C.
308 West State Street, Suite 210
Rockford, IL  61101
Telephone: 815/962-0044

## PROOF OF SERVICE

The undersigned, being first duly sworn, states that a copy of the foregoing **NOTICE** was served upon the persons listed below by ECF and/or first class mail, postage prepaid, on the 31st day of October, 2007 at or before the hour of 5:00 p.m.

See attached Service List

/s/ George P. Hampilos

George P. Hampilos
SCHIRGER, MONTELEONE & HAMPILOS, P.C.
308 West State Street, #210
Rockford, IL  61101
Telephone: 815/962-0044

1st Farm Credit Services
705 E. South Street, P.O. Box 719
Freeport, IL 61032-0719

Farm Credit Services
2950 N. Main Street
Suite 2
Princeton, IL 61356

Attorney James L. Wright
Militello, Zanck & Coen, P.C.
40 Brink Street
Crystal Lake, IL 60014

Dennis and Joyce Bonnet
2745 N. Sunnyside Road
Kent, IL 61044

Heartland Financial & Leasing L.L.C.
2316 Mineral Point Avenue
P.O. Box 1951
Janesville, WI 53547-1951

Thomasson Electric, Inc.
Attorney Stephen D. Schmelze
208 W. Stephenson St.
Freeport, IL 61032

Thomasson Electric, Inc.
P.O. Box 97
Lena, IL 61048

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

Lyle A Krug, Esq.
Plager, Krug & Bauer, Ltd.
PO Box 839
Freeport, Il 61032

Dale G Haake, Esq.
Katz, Huntoon & Fieweger, P.C.
P O Box 3250
Rock Island, IL 61204

Theodore Liebovich, Esq.
415 South Mulford Road
P.O. Box 6066
Rockford, IL 61125-1066

Mr. William Bonnet
2745 N. Sunnyside Road
Kent, IL 61044

U.S. Small Business Administration
% Mary Cvengros
500 W. Madison St. Suite 1250
Chicago, IL 60661-2511

Jamie S. Cassel, Esq.
Reno Zahm Law Firm
2902 McFarland Road #400
Rockford, IL 61107

Attorney Joel R. Nathan
Assistant U.S. Attorney
219 S. Dearborn St. 5th Floor
Chicago, IL 60604