UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE WILLIAM V. ALTENBERGER   Hearing Date: 12-10-07

Bankruptcy Case No. 04-70746   Adversary No. N/A

Title of Cause: In Re: William Bonnet

Brief Statement of Motion: Motion for Entry of Final Decree

Name and Addresses of moving counsel: George P. Hampilos, Esq.
for: William Bonnet, Δ
308 W. State St. #210
Rockford, IL 61101

Representing: Δ: William Bonnet

**ORDER**

Δ's Motion for Entry of Final Decree is heard and granted; the Final Decree is effective as of 7-30-05.

DEC 13 2007